IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

BRIAN B.,

        Plaintiff,

v.                                                    CIVIL ACTION NO.  3:25-0022

FRANK BISIGNANO,
Commissioner of Social Security,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

       This action was referred to the Honorable Joseph K. Reeder, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court grant Plaintiff's request for judgment on the pleadings (ECF No. 6), to the extent that it requests remand of the Commissioner's decision; deny Defendant's request to affirm the decision of the Commissioner (ECF No. 7); reverse the final decision of the Commissioner; remand this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the proposed findings of fact and recommendations; and dismiss this action from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

       Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and, consistent with the findings and recommendations, **GRANTS** Plaintiff's request for judgment on the pleadings (ECF No. 6), to the extent that it requests remand

-2-

of the Commissioner's decision; **DENIES** Defendant's request to affirm the decision of the Commissioner (ECF No. 7); **REVERSES** the final decision of the Commissioner; **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the proposed findings of fact and recommendations; and **DISMISSES** this action from the docket of the Court.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: November 13, 2025

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE